ALICE KRAMER, Respondent, v PHOENIX LIFE INSURANCE Co. et al., Defendants, and LIFEMARK S.A., Intervenor-Appellant. (And Third-Party Actions.)

Submitted September 13, 2010; decided September 16, 2010

Motion by Institutional Life Markets Association for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

ALICE KRAMER, Respondent, v PHOENIX LIFE INSURANCE Co. et al., Defendants, and LIFEMARK S.A., Intervenor-Appellant. (And Third-Party Actions.)

Submitted September 13, 2010; decided September 16, 2010

Motion by American Council of Life Insurers et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.